# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

#1566

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| JACQUELYN C COOPER | |
| Debtor(s) | CASE NO. BKY 04-34872 DDO |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Mattress Liquidators in the amount of $5.24, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Mattress Liquidators<br>2191 Snelling Ave N<br>Roseville, MN 55113 | 4 | $5.24 |

ACCOUNT NUMBER:
D74822

**Jasmine Z. Keller, Trustee**

Dated: December 1, 2009

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

